IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Estate Of Arenettra Moore | Case Number: 06 B 00663 |
| | Judge: Squires, John H |
| Printed: 11/6/07 | Filed: 1/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 14, 2007
Confirmed: March 15, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,000.00 | |
| Secured: | | 975.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 203.11 |
| Other Funds: | | 1,121.89 |
| Totals: | 5,000.00 | 5,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,700.00 | 2,700.00 |
| 2. | Fairways Of Blue Island Townhome Assoc. | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 2,571.71 | 975.00 |
| 4. | Discover Financial Services | Unsecured | 546.46 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 828.46 | 0.00 |
| 6. | Monterey Financial Services | Unsecured | 6.80 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,259.08 | 0.00 |
| 8. | Superior Ambulance | Unsecured | 119.81 | 0.00 |
| 9. | City of Blue Island | Unsecured | 47.36 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 705.66 | 0.00 |
| 11. | Superior Air Ground | Unsecured | 111.81 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 179.55 | 0.00 |
| 13. | Fith Third Bank | Secured | | No Claim Filed |
| 14. | Fith Third Bank | Secured | | No Claim Filed |
| 15. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 18. | HomEq Servicing Corp | Unsecured | | No Claim Filed |
| 19. | Discover Financial Services | Unsecured | | No Claim Filed |
| 20. | Pulmonary Consultants | Unsecured | | No Claim Filed |
| 21. | Trace Ambulance | Unsecured | | No Claim Filed |
| 22. | Royal Loan Bank | Unsecured | | No Claim Filed |
| 23. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 24. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 25. | Wellgroup Health Partners | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Estate Of Arenettra Moore | Case Number: 06 B 00663 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/6/07 | Filed: 1/26/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Rehabilitation Institute Of Chicago | Unsecured | | No Claim Filed |
| 27. | University of Illinois | Unsecured | | No Claim Filed |
| 28. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 29. | The Highlands | Unsecured | | No Claim Filed |
| 30. | Walgreens Company | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,076.70 | $ 3,675.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 110.00 |
| 5% | 74.21 |
| 4.8% | 18.90 |
| | _____ |
| | $ 203.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_